UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROLLING RIVER ASSOCIATES, LTD.           ORDER OF DISMISSAL

        -against-                                CV-03-4364 (DRH)

THE INCORPORATED VILLAGE OF EAST
ROCKAWAY, ET. AL.

------------------------------------------------------------------X

      Plaintiffs' counsel having notified the Court that the case has settled,

      IT IS HEREBY ORDERED that the case is dismissed without prejudice to reopen should settlement not be consummated.

      The clerk is directed to close this case.

      SO ORDERED.

                                               /s/
                                    DENIS R. HURLEY
                                  United States District Judge

Dated: Central Islip, New York
        February 1, 2006